UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE BOARD OF TRUSTEES OF THE
SOUTHERN CALIFORNIA IBEW-NECA
DEFINED CONTRIBUTION PLAN, On Behalf of
Itself and All Others Similarly Situated,

             Plaintiff,

    vs.

THE BANK OF NEW YORK MELLON
CORPORATION and BNY MELLON, NATIONAL
ASSOCIATION,

             Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10|15|09

09-CV-6273 (RMB)

~~[Proposed]~~
Case Management Plan

The following Case Management Plan is entered after the parties have conferred. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by:            ~~September 8, 2010~~

(ii)   Amend the pleadings by:                  ~~September 16, 2010~~ 10/29/09

(iii)  All discovery to be **expeditiously** completed by:   ~~January 14, 2011~~ March 1, 2010

(iv)  Consent to Proceed Before Magistrate Judge:   Pre-trial non-dispositive matters only

(v)   Status of Settlement Discussions:   None to date  3/2/10 @ 9:00 with principals

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions: _to dismiss by 11/5/09; response by 12/4/09; 12/18/09 reply (on submission)_

(vii)  Oral argument: _____

(viii) Joint Pre-Trial Order to be submitted by: _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other _Move expeditiously re: discovery: issues referred to Mag Judge Peck_

**SO ORDERED**:   New York, New York
                   10/15/09

*RMB*

Hon. Richard M. Berman, U.S.D.J.

2