SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/09

THE BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION PLAN, On Behalf of Itself and All Others Similarly Situated,

          Plaintiff,

- against –

THE BANK OF NEW YORK MELLON CORPORATION and BNY MELLON, NATIONAL ASSOCIATION, formerly known as MELLON BANK, N.A.

          Defendant.

Case No. 09 Civ. 6273 (RMB)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Samuel H. Rudman attorney for Plaintiff, The Board of Trustees of The Southern California IBEW-NECA Defined Contribution Plan and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Sabrina E. Tirabassi |
| Firm Name: | Coughlin Stoia Geller Rudman & Robbins LLP |
| Address: | 120 E. Palmetto Park Road, Suite 500 |
| City/State/Zip: | Boca Raton, FL 33432 |
| Telephone: | 561/750-3000 |
| Fax: | 561/750-3364 |
| Email Address: | stirabassi@csggr.com |

is admitted to practice pro hac vice as counsel for Plaintiff, The Board of Trustees of The Southern California IBEW-NECA Defined Contribution Plan in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 11/30/09



Honorable Richard M. Berman

FOR OFFICE USE ONLY: FEE PAID $     SDNY RECEIPT#