UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE BOARD OF TRUSTEES OF THE
SOUTHERN CALIFORNIA IBEW-NECA
DEFINED CONTRIBUTION PLAN, on behalf of
itself and all others similarly situated,

                     Plaintiff,

        - against -

THE BANK OF NEW YORK MELLON
CORPORATION, et al.,

                     Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/11

09 Civ. 6273 (RMB)

**ADMINISTRATIVE ORDER**

       In view of yesterday's conference and new motion schedule, Plaintiff's motion to dismiss Defendant's cross-claim and strike Defendant's affirmative defenses, dated December 20, 2010 [#112], is hereby dismissed as moot.

Dated: New York, New York
       March 10, 2011

                                                RICHARD M. BERMAN, U.S.D.J.