UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/12
```

THE BOARD OF TRUSTEES OF THE
SOUTHERN CALIFORNIA IBEW-NECA
DEFINED CONTRIBUTION PLAN, On Behalf
of Themselves and All Others Similarly Situated,

                          Plaintiffs,

-against-

BNY MELLON, N.A. AND THE BANK OF
NEW YORK MELLON,

                          Defendants.

Civil Action No. 1:09-cv-06273
(RMB)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Samuel H. Rudman, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Florida; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Sheri M. Coverman |
| Firm Name: | Robbins Geller Rudman & Dowd LLP |
| Address: | 120 E. Palmetto Park Road, Suite 500 |
| City/State/Zip: | Boca Raton, FL  33432 |
| Telephone / Fax: | 561/750-3000 / 561/750-3364 |
| Email: | scoverman@rgrdlaw.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>apply for an ECF PASSWORD</u>.

*Counsel shall forward the pro hac vice fee to the Clerk of Court.*

Dated: 1/17/12

*Richard M. Berman*
United States District / Magistrate Judge

## CERTIFICATE OF SERVICE

I, Kelly A. Stadelmann, hereby certify that on January 13, 2012, I caused a true and correct copy of the attached: MOTION TO ADMIT COUNSEL PRO HAC VICE AND SUPPORTING DOCUMENTS to be (i) filed by hand with the Clerk of the Court; and (ii) served by first-class mail on all counsel of record.

                                                                                               */s/ Kelly A. Stadelmann*
                                                                                                Kelly A. Stadelmann