UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

THE BOARD OF TRUSTEES OF THE
SOUTHERN CALIFORNIA IBEW-NECA
DEFINED CONTRIBUTION PLAN, on behalf of
itself and all other similarly situated,

        Plaintiff,

-against-

THE BANK OF NEW YORK MELLON
CORPORATION & BNY MELLON, NATIONAL
ASSOCIATION f/k/a MELLON BANK, N.A.,

        Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/3/13

09 Civ. 6273 (RMB) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

    The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 30 days hereof if the settlement is not fully effectuated or if there is a need for the Court to resolve any issue as to attorneys' fees. Any pending motions are to be terminated as moot.

    SO ORDERED.

DATED:    New York, New York
             January 3, 2013

                                       Andrew J. Peck
                                       United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                          Judge Richard M. Berman

**Robbins Geller**
**Rudman & Dowd LLP**

Atlanta          Melville        Philadelphia      San Francisco
Boca Raton       New York        San Diego         Washington, DC

Stephen R. Astley
sastley@rgrdlaw.com
561-961-2235

RECEIVED
JAN 03 2013
CHAMBERS OF
ANDREW J. PECK

January 3, 2013

<u>BY FAX</u>
(212) 805-7933

The Honorable Andrew J. Peck
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *Board of Trustees of Southern California IBEW-NECA Defined Contribution Plan v. Bank of New York Mellon Corp.*
           <u>No. 09-CV-6273 (RMB) (AJP) (S.D.N.Y.)</u>

Your Honor:

    This joint correspondence serves to provide the Court with an update of the status of the parties' settlement negotiations.

    The parties are finalizing the terms of their settlement agreement and will request that the claims be dismissed and case administratively closed. Per the terms of the parties' agreement, Plaintiffs may file an application with the Court for reimbursement of its fees and costs from Defendants.

                                          Very truly yours,

                                          STEPHEN R. ASTLEY

cc:    The Honorable Richard M. Berman (by overnight delivery)
        Damien J. Marshall (by email)

120 East Palmetto Park Road    Suite 500    Boca Raton, FL 33432    Tel 561 750 3000    Fax 561 750 3364    rgrdlaw.com